UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTRELL COLLINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No.: 1:25-cv-00206-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATION TO DISMISS PETITION<br><br>[FOURTEEN-DAY DEADLINE] |

　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He filed a pleading entitled "Appellate Ex Parte Notice of Appeal Pursuant to 28 U.S.C. § 2254 on February 14, 2025. A preliminary screening of the petition revealed the petition failed to present any cognizable grounds for relief and failed to name a proper respondent. On February 20, 2025, the Court dismissed the petition with leave to file a first amended petition. (Doc. 4.) Petitioner was granted thirty (30) days to file a first amended petition in compliance with the Court's order. Over thirty (30) days have passed, and Petitioner failed to file an amended petition. The Court forewarned Petitioner that failure to file an amended petition would result in a recommendation that the petition be dismissed and the case closed.

**ORDER**

　　The Clerk of Court is DIRECTED to assign a district judge to this case.

1

**RECOMMENDATION**

For the foregoing reasons and those stated in the Court's order dismissing the petition (Doc. 4), the Court recommends the petition be DISMISSED with prejudice and the case be CLOSED.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within fourteen (14) days after being served with a copy of this Findings and Recommendation, a party may file written objections with the Court and serve a copy on all parties. Id. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014).  This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment.

IT IS SO ORDERED.

Dated:   **April 1, 2025**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE