ROB BONTA, State Bar No. 202668
Attorney General of California
TAMI M. KRENZIN, State Bar No. 183925
Supervising Deputy Attorney General
BRIAN R. MEANS, State Bar No. 158368
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7742
 Fax: (916) 324-2960
 E-mail: Brian.Means@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONTRELL COLLINS,** | 1:25-cv-00206-KES-SKO (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **MARTIN GAMBOA,** | |
| Respondent. | |

Good cause appearing, Respondent's request to seal document ECF No. 14-15 containing confidential state court records associated with Petitioner's conviction is granted.

IT IS SO ORDERED.

Dated: **June 30, 2025**          /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

1